IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD BLOUNT,

      Plaintiff,                    No. CIV S-11-1998 EFB P

      vs.

R. TOSO, et al.,

      Defendants.               ORDER

        Reginald Blount, having been civilly committed to a state hospital as a mentally-disordered offender under California law, filed this pro se civil rights action under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

        On September 7, 2011, the court dismissed plaintiff's complaint with leave to amend on the ground it is barred by the favorable termination rule of *Heck v. Humphrey*, 512 U.S. 477 (1994). The dismissal order explained the complaint's deficiencies and gave plaintiff 30 days to file an amended complaint correcting those deficiencies. The 30-day period has expired and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

////

Accordingly, it is hereby ordered that this action is DISMISSED for failure to state a claim.

Dated: December 5, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE